UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL DENISTRAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:05-cv-1453-WTL-RLY |
| | ) |
| EXCEL DECORATORS, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having this date granted the Defendant's Motion for Summary Judgment, judgment is now entered in favor of the Defendant on the Plaintiff's complaint.

SO ORDERED: 10/02/2007

_William T. Lawrence_

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to:

William H. Kelley
KELLEY, BELCHER & BROWN
wkelley@kelleybelcherbrown.com

John F. Townsend
townsendlawfirm@sbcglobal.net